THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CHICAGO NEWSPAPER PUBLISHERS DRIVERS' UNION PENSION TRUST, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | 1:10CV5736 |
| COYNE MOTOR SERVICE, INC., an Illinois Corporation, | ) ) ) | JUDGE PALLMEYER |
| Defendant. | ) ) | MAGISTRATE JUDGE BROWN |
| STANDARD BANK & TRUST CO., | ) ) | |
| Citee. | ) | |

## MOTION FOR JUDGMENT ON CITEE'S ANSWER

NOW COMES the Plaintiff, CHICAGO NEWSPAPER PUBLISHERS DRIVERS' UNION PENSION TRUST, by and through their Attorney, Robert B. Greenberg, and move this Honorable Court to enter judgment in the amount of $553.81 in favor of Plaintiff and against the Citee Defendant, STANDARD BANK & TRUST CO., pursuant to Citee's Answer to Plaintiff's Citation attached hereto as Exhibit "A", and further to order Citee Defendant to pay Plaintiffs the monies due hereunder within ten days from the date of the Court's Order.

/s/ Robert B. Greenberg
Asher, Gittler & D'Alba, Ltd.
200 West Jackson Boulevard, Suite 1900
Chicago, Illinois 60606
(312) 263-1500
Fax: (312) 263-1520
rbg@ulaw.com
IL ARDC#: 01047558

Dated: January 19, 2011